```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
_____
                            :
LAMAR DUBOSE,               :
                            :
         Plaintiff,         :   Civ. No. 15-7817 (NLH) (KMW)
                            :
    v.                      :   MEMORANDUM OPINION
                            :
CAMDEN CITY POLICE DEPARTMENT,:
et al.,                     :
                            :
         Defendants.        :
_____:
```

It appearing that:

1. Plaintiff Lamar Dubose ("Plaintiff") filed a civil rights action pursuant to 42 U.S.C. § 1983 on October 29, 2015. ECF No. 1.

2. On or around October 27, 2017, Plaintiff was released from his incarceration. See ECF No. 24.

3. Thereafter, Plaintiff filed a notice of change of address with the Court. ECF No. 24.

4. Plaintiff, it appears, no longer resides at that address, as mail sent to that address was refused and returned as "unable to forward." See ECF No. 26 (Mail Returned as Undeliverable).

5. Over two months have passed since that mail was returned as undeliverable. Since then, Plaintiff has not communicated with the Court regarding a change of address, in

violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Based on Plaintiff's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter.  If Plaintiff updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

7. An appropriate order follows.


Dated: February 22, 2018          s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.